Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| ROBERT EKNESS, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| BASS & ASSOCIATES, PC, | **(Unlawful Debt Collection Practices)** |
| Defendant. | |

## **PLAINTIFF'S COMPLAINT**

ROBERT EKNESS (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against BASS & ASSOCIATES, PC (Defendant):

### **INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### **JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6. Plaintiff is a natural person residing in Spotswood, New Jersey.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency with its headquarters in Tucson, Pima County, Arizona.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt owed.

12. Defendant places multiple collection calls to Plaintiff daily (see Exhibit A).

13. Defendant calls Plaintiff from: 877-344-3388.

14. Defendant calls Plaintiff on his cellular phone: 732-266-5392.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff. .

    b. Defendant violated *§1692d(5)* of the FDCPA by placing calls to Plaintiff and causing his telephone to ring constantly and continuously with the intent to abuse, harass and annoy him.

WHEREFORE, Plaintiff, ROBERT EKNESS, respectfully requests judgment be entered against Defendant, BASS & ASSOCIATES, PC, for the following:

16. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

17. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

18. Actual damages,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

20. Any other relief that this Honorable Court deems appropriate.

### **DEMAND FOR JURY TRIAL**

Plaintiff, ROBERT EKNESS, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  October 29, 2009            KROHN & MOSS, LTD.

/s/ Ryan Lee

By: _____

Ryan Lee
Attorney for Plaintiff

1
2
3                              **EXHIBIT A**
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

PLAINTIFF'S COMPLAINT

| Date | Number | Amount |
|---|---|---|
| 9-21-09 | 877-344-3388 | 441 |
| 9-18-09 | 877-344-3388 | 441 |
| 9-18-09 | 877-344-3388 | 12 18 |
| 9-17-09 | 877-344-3388 | 500 |
| 9-17-09 | 877-344-3388 | 405 |
| 9-17-09 | 877-344-3388 | 149 |
| 9-16-09 | 877-344-3388 | 607 |
| 9-16-09 | 877-344-3388 | 747 |
| 9-15-09 | 877-344-3388 | 8.27 |
| 9-15-09 | 877-344-3388 | 820 |
| 9-15-09 | 877-344-3388 | 508 |
| 9-15-09 | 877-344-3388 | 459 |
| 9-14-09 | 877-344-3388 | 437 |
| 9-14-09 | 877-344-3388 | 12 38 |
| 9-14-09 | 877-344-3388 | 10 30 |
| 9-14-09 | 877-344-3388 | 331 |
| 9-11-09 | 877-344-3388 | 12 13 |
| 9-11-09 | 877-344-3388 | 713 |
| 9-9-09 | 877-344-3388 | 448 |
| 9-9-09 | 877-344-3388 | 535 |
| 9-2-09 | 520-319-7030 | 10 46 |
| 8-20-09 | 877-344-3388 | 625 |
| 8-18-09 | 877-344-3388 | |

877-344-3388 6:21 pm
9-22-09  ~~12:47~~ 877-344-3388  12:47
9-23-09  877-344-3388  4:08
9-23-09  877-344-3388  7:29
9-24-09  877-344-3388  1:57
9-24-09  877-344-3388  2:00
9-25-09  877-344-3388  12:02
9-25-09  877-344-3388  12:05
9-28-09  877-344-3388  1:10
9-28-09  877-344-3388  1:13
9-28-09  877-344-3388  6:24
9-29-09  877-344-3388  1:41
9-29-09  877-344-3388  1:45
9-29-09  877-344-3388  6:11
9-30-09  877-344-3388  3:10
9-30-09  877-344-3388  3:12
10-1-09  877-344-3388  2:34
10-1-09  877-344-3388  2:37
10-2-09  877-344-3388  2:01

| Date | Number | Amount |
|---|---|---|
| 10-2-09 | 877-344-3388 | 263 |
| 10-5-09 | 877-344-3388 | 216 |
| 10-5-09 | 8-77-344-3388 | 219 |
| 10-6-09 | 877-344-3388 | 101 |
| 10-6-09 | 877-344-3388 | 103 |
| 10-6-09 | 877-344-3388 | 576 |
| 10-7-09 | 877-344 3388 | 100 |
| 10-7-09 | 877-344-3388 | 103 |
| 10-7-09 | 877-344-3388 | 400 |
| 10-7-09 | 877-344-3388 | 401 |
| 10-7-09 | 877-344-3388 | 700 |
| 10-8-09 | 877-3411 3388 | 1142 |
| 10-8-09 | 877-344-3388 | 1145 |
| 10-8-09 | 877-344-3388 | 453 |
| 10-9-09 | 877-344-3388 | 555 |
| 11-9-09 | 877-344-3388 | 558 |
| 10-12-09 | 877-344-3388 | 105 |
| 10-12-09 | 877-344-3388 | 107 |
| 10-12-09 | 877-344-3388 | 641 |

ATT KAVIN

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF NEW JERSEY

Plaintiff, ROBERT ECKNESS, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ROBERT ECKNESS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 10-20-09                           _Robert Ekness_
                                          ROBERT ECKNESS

-5-

PLAINTIFF'S COMPLAINT