Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff
ROBERT EKNESS

**UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| | |
|---|---|
| ROBERT EKNESS, | Case No.: 4:09-cv-00615 JCG |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| BASS & ASSOCIATES, PC, | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ROBERT EKNESS, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: March 8, 2010                                    KROHN & MOSS, LTD.


                                                        By:/s/ Ryan Lee
                                                           Ryan Lee
                                                           Attorneys for Plaintiff
                                                           ROBERT EKNESS